JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GIOVANNA ROSE, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**FINANCIAL RECOVERY SERVICES INC.; DOES 1-10, inclusive,**<br><br>Defendant. | Case No.: CV 18-2908-DMG (PLAx)<br><br>**ORDER RE DISMISSAL OF ACTION**<br><br>**[17]** |

IT IS HEREBY ORDERED that pursuant to the parties' Stipulation, this matter is dismissed with prejudice as to Plaintiff and without prejudice as to the putative Class pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees. All scheduled dates and deadlines are VACATED.

DATED: July 2, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1